IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIBY J. SAUNDERS-GOMEZ, | § | |
| | § | No. 184, 2017 |
| Appellant Below-<br>Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| RUTLEDGE MAINTENANCE CORP., | § | |
| | § | C.A. No. N16A-03-003 |
| Appellee Below-<br>Appellee. | § | |
| | § | |
| | § | |

Submitted: April 27, 2018
Decided: June 28, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

**O R D E R**

After careful consideration of the parties' briefs and the record below, the Court concludes that the judgment should be affirmed on the basis of and for the reasons assigned by the Superior Court in its April 3, 2017 opinion affirming the Court of Common Pleas' post-trial judgment in the appellee's favor and its award of attorney's fees under a contractual fee-shifting provision.

NOW, THEREFORE, IT IS ORDERED that judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice